# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 14-079V

<table>
<tr><td>* * * * * * * * * * * * * * * * * * * * * * * * *</td><td></td><td></td></tr>
<tr><td></td><td>*</td><td>Special Master Corcoran</td></tr>
<tr><td>DAVID SUMMER, Successor in Interest</td><td>*</td><td></td></tr>
<tr><td>To DONNA SUMMER;</td><td>*</td><td></td></tr>
<tr><td></td><td>*</td><td></td></tr>
<tr><td>Petitioner,</td><td>*</td><td>Filed: September 15, 2016</td></tr>
<tr><td></td><td>*</td><td></td></tr>
<tr><td>v.</td><td>*</td><td></td></tr>
<tr><td></td><td>*</td><td>Decision by Stipulation; Damages;</td></tr>
<tr><td>SECRETARY OF HEALTH</td><td>*</td><td>Influenza ("flu") Vaccine; Central</td></tr>
<tr><td>AND HUMAN SERVICES,</td><td>*</td><td>and Autonomic Nervous System.</td></tr>
<tr><td></td><td>*</td><td></td></tr>
<tr><td>Respondent.</td><td>*</td><td></td></tr>
<tr><td></td><td>*</td><td></td></tr>
<tr><td>* * * * * * * * * * * * * * * * * * * * * * * * *</td><td></td><td></td></tr>
</table>

*Andrew Donald Downing*, Van Cott & Talamante, PLLC, Phoenix, AZ, for Petitioner.

*Michael Patrick Milmoe*, U.S. Dep't of Justice, Washington, DC, for Respondent.

## DECISION AWARDING DAMAGES[1]

On January 28, 2014, Donna Summer filed a petition seeking compensation under the National Vaccine Injury Compensation Program ("Vaccine Program").[2] That May, Mrs. Summer died in a car accident but David Summer (Mrs. Summer's husband) amended the petition and enters the case as successor in interest to Mrs. Summer. Petitioner alleges that Mrs. Summer suffered from a central and autonomic nervous system impairment as a result of her October 16,

---

[1] Because this decision contains a reasoned explanation for my actions in this case, I will post it on the United States Court of Federal Claims website, in accordance with the E-Government Act of 2002, 44 U.S.C. § 3501 (2012). As provided by 42 U.S.C. § 300aa-12(d)(4)(B), however, the parties may object to the decision's inclusion of certain kinds of confidential information. Specifically, under Vaccine Rule 18(b), each party has fourteen days within which to request redaction "of any information furnished by that party: (1) that is a trade secret or commercial or financial in substance and is privileged or confidential; or (2) that includes medical files or similar files, the disclosure of which would constitute a clearly unwarranted invasion of privacy." Vaccine Rule 18(b). Otherwise, the whole decision will be available to the public. *Id.*

[2] The Vaccine Program comprises Part 2 of the National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3758, codified as amended at 42 U.S.C. §§ 300aa-10 through 34 (2012) ("Vaccine Act" or "the Act"). Individual section references hereafter will be to § 300aa of the Act (but will omit that statutory prefix).

2013, receipt of the influenza ("flu") vaccine. Moreover, Petitioner alleges that Mrs. Summer experienced residual effects of this injury for more than six months.

Respondent denies that the flu vaccine caused Mrs. Summer to suffer from a central and autonomic nervous system impairment or any other injury or condition. Nonetheless both parties, while maintaining their above-stated positions, agreed in a stipulation (filed on September 12, 2016) that the issues before them could be settled, and that a decision should be entered awarding Petitioner, as legal representative of the Estate of Donna Summer, compensation.

I have reviewed the file, and based upon that review, I conclude that the parties' stipulation (as attached hereto) is reasonable. I therefore adopt it as my decision in awarding damages on the terms set forth therein.

The stipulation awards:

- A lump sum of $20,000.00 in the form of a check payable to Petitioner, as legal representative of the Estate of Donna Summer.

Stipulation ¶ 8. This amount represents compensation for all damages that would be available under Section 15(a) of the Act.

I approve a Vaccine Program award in the requested amount set forth above to be made to Petitioner, as legal representative of the Estate of Donna Summer. In the absence of a motion for review filed pursuant to RCFC Appendix B, the clerk of the Court is directed to enter judgment herewith.[3]

**IT IS SO ORDERED.**

/s/ Brian H. Corcoran
Brian H. Corcoran
Special Master

---

[3] Pursuant to Vaccine Rule 11(a), the parties may expedite entry of judgment by each filing (either jointly or separately) a notice renouncing their right to seek review.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
OFFICE OF SPECIAL MASTERS

| | |
|---|---|
| DAVID SUMMER, Successor in Interest. ) To **DONNA SUMMER**. ) ) Petitioner. ) ) v. ) ) **SECRETARY OF HEALTH** ) **AND HUMAN SERVICES**. ) ) Respondent. ) ) | **No. 14-79 V** (ECF) Special Master Corcoran |

STIPULATION

The parties hereby stipulate to the following matters:

1. Donna Summer ("Donna") brought a petition under the National Vaccine Injury Compensation Program, 42 U.S.C. § 300aa-10 to 34 (the "Vaccine Program"). The petition seeks compensation for injuries allegedly related to Donna's receipt of the influenza ("flu") vaccine, which vaccine is contained in the Vaccine Injury Table (the "Table"), 42 C.F.R. § 100.3(a). After Donna died, petitioner David Summer ("petitioner"), Donna's spouse, filed an amended petition on Donna's behalf.

2. Donna received a flu vaccination on October 16, 2013.

3. The vaccine was administered within the United States.

4. Petitioner alleges that Donna suffered symptoms of "central and autonomic nervous system impairment" including "severe chest pains, stiffness, bone pain, weakness in arms and legs, dizziness, vision problems, lightheadedness, soreness, headaches, and fatigue" which were caused-in-fact by the flu vaccine. Petitioner further alleges that Donna died on May 21, 2014, from a cause unrelated to her alleged vaccine-related injury.

5. Petitioner represents that there has been no prior award or settlement of a civil action for damages on Donna's behalf as a result of her alleged injury and death.

6. Respondent denies that the flu vaccine caused Donna's alleged symptoms of central and autonomic nervous system, or any other injury, and further denies that Donna's death on May 21, 2014, was a sequela of a vaccine-related injury.

7. Maintaining their above-stated positions, the parties nevertheless now agree that the issues between them shall be settled and that a decision should be entered awarding the compensation described in paragraph 8 of this Stipulation.

8. As soon as practicable after an entry of judgment reflecting a decision consistent with the terms of this Stipulation, and after petitioner has filed an election to receive compensation pursuant to 42 U.S.C. § 300aa-21(a)(1), the Secretary of Health and Human Services will issue the following vaccine compensation payment:

A lump sum of $20,000.00 in the form of a check payable to petitioner, as legal representative of the Estate of Donna Summer, representing all remaining damages available under 42 U.S.C. § 300aa-15(a).

9. As soon as practicable after the entry of judgment on entitlement in this case, and after petitioner has filed both a proper and timely election to receive compensation pursuant to 42 U.S.C. § 300aa-21(a)(1), and an application, the parties will submit to further proceedings before the special master to award reasonable attorneys' fees and costs incurred in proceeding upon this petition.

10. Petitioner and his attorney represent that they have identified to respondent all known sources of payment for items or services for which the Program is not primarily liable under 42 U.S.C. § 300aa-15(g), including State compensation programs, insurance policies,

Federal or State health benefits programs (other than Title XIX of the Social Security Act (42 U.S.C. § 1396 et seq.)), or entities that provide health services on a prepaid basis.

11.  Payments made pursuant to paragraph 8 of this Stipulation and any amounts awarded pursuant to paragraph 9 will be made in accordance with 42 U.S.C. § 300aa-15(i), subject to the availability of sufficient statutory funds.

12.  Petitioner represents that he presently is, or within 90 days of the date of judgment will become, duly authorized to serve as legal representative of Donna Summer's estate under the laws of the State of South Carolina.  No payments pursuant to this Stipulation shall be made until petitioner provides the Secretary with documentation establishing his appointment as legal representative of Donna's estate.  If petitioner is not authorized by a court of competent jurisdiction to serve as legal representative of the estate of Donna Summer at the time a payment pursuant to this Stipulation is to be made, any such payment shall be paid to the party or parties appointed by a court of competent jurisdiction to serve as legal representative of the estate of Donna Summer upon submission of written documentation of such appointment to the Secretary.

13.  In return for the payments described in paragraphs 8 and 9, petitioner, in his individual capacity, and as legal representative of the Estate of Donna Summer, deceased, and on behalf of Donna's heirs, executors, administrators, successors, and assigns, does forever irrevocably and unconditionally release, acquit and discharge the United States and the Secretary of Health and Human Services from any and all actions or causes of action (including agreements, judgments, claims, damages, loss of services, expenses and all demands of whatever kind or nature) that have been brought, could have been brought, or could be timely brought in the United States Court of Federal Claims, under the National Vaccine Injury Compensation Program, 42 U.S.C. § 300aa-10 et seq., on account of, or in any way growing out of, any and all

known or unknown, suspected or unsuspected personal injuries to or death of Donna resulting from, or alleged to have resulted from, the flu vaccination administered on October 16, 2013, as alleged by Donna in a petition for vaccine compensation filed on or about January 28, 2014, and amended by petitioner on January 30, 2015, in the United States Court of Federal Claims as petition No. 14-79V.

14.  If the special master fails to issue a decision in complete conformity with the terms of this Stipulation or if the United States Court of Federal Claims fails to enter judgment in conformity with a decision that is in complete conformity with the terms of this Stipulation, then the parties' settlement and this Stipulation shall be voidable at the sole discretion of either party.

15.  This Stipulation expresses a full and complete negotiated settlement of liability and damages claimed under the National Childhood Vaccine Injury Act of 1986, as amended, except as otherwise noted in paragraph 9 above.  There is absolutely no agreement on the part of the parties hereto to make any payment or do any act or thing other than is herein expressly stated and clearly agreed to.  The parties further agree and understand that the award described in this Stipulation may reflect a compromise of the parties' respective positions as to liability and/or amount of damages.

16.  This Stipulation shall not be construed as an admission by the United States or the Secretary of Health and Human Services that the flu vaccine caused Donna to suffer from "central and autonomic nervous system impairment," or any other injury, or contributed in any way to her death.

17.  All rights and obligations of petitioner hereunder shall apply equally to petitioner's heirs, executors, administrators, successors, and/or assigns, as legal representative of the Estate of Donna Summer.

END OF STIPULATION

Respectfully submitted,

PETITIONER:

DAVID SUMMER

ATTORNEY OF RECORD FOR
PETITIONER:

ANDREW D. DOWNING, ESQ.
Van Cott & Talamante
3030 N. Third Street, Suite 790
Phoenix, Arizona 85012
(602) 257-9160

AUTHORIZED REPRESENTATIVE
OF THE ATTORNEY GENERAL:

CATHARINE E. REEVES
Acting Deputy Director
Torts Branch
Civil Division
U. S. Department of Justice
P. O. Box 146
Benjamin Franklin Station
Washington, D.C.  20044-0146

AUTHORIZED REPRESENTATIVE OF
THE SECRETARY OF HEALTH AND
HUMAN SERVICES:

NARAYAN NAIR, M.D.
Acting Director
Division of Injury Compensation Programs (DICP)
Healthcare Systems Bureau
U.S. Department of Health and Human Services
5600 Fishers Lane
Parklawn Building, Stop 08N146B
Rockville, MD 20857

ATTORNEY OF RECORD FOR
RESPONDENT:

MICHAEL P. MILMOE
Senior Trial Counsel
Torts Branch
Civil Division
U. S. Department of Justice
P. O. Box 146
Benjamin Franklin Station
Washington, DC 20044-0146
Tel: (202) 616-4125

DATE: Sept. 12, 2016